IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CURTIS C. DICK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:25-cv-163-E |
| | § | |
| JB HUNT TRANSPORT, INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation (FCR) in this case. (ECF No. 6). The FCR recommended:

> Unless Plaintiff Curtis C. Dick shows through timely objections a basis to amend the complaint to allege a plausible claim, the Court should dismiss this lawsuit with prejudice.

(ECF No. 6 at 8). Plaintiff Dick filed objections, (ECF No. 7), and an Amended Complaint, (ECF No. 8). The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Furthermore, the Court has reviewed the Amended Complaint and determines that fails to allege factual allegations to support a plausible claim for the same reasons as discussed in the FCR. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

(*Order continues on next page*).

**SO ORDERED on this 18th day of February, 2025.**

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE